ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2005
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Debbie C. Zumwalt, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3-05CV1744-P |
| VS. | § | CIVIL ACTION NO: _____ |
| | § | |
| REALPAGE, INC., M-PF RESEARCH, INC., | § | |
| STEVEN GREGORY WILLOT, personally, | § | |
| and JOSEPH WRIGHT CLEMENTS, personally, | § | |
| | § | |
| Defendants. | § | |

## COMPLAINT

### I. SUMMARY

1. RealPage, Inc., M-PF Research, Inc., Steven Gregory Willot, personally, and Joseph Wright Clements, personally [hereinafter Defendants] require and/or permit Debbie C. Zumwalt to work in excess of forty hours per week at their facilities, but refuse to compensate her for such hours. Defendants' conduct is in violation of the Fair Labor Standards Act (FLSA), which requires non-exempt employees to be compensated for their overtime work. *See* 29 U.S.C. § 207(a).

2. Plaintiff Debbie C. Zumwalt is a non-exempt employee who has been denied overtime pay as required by law, and files this complaint to recover unpaid overtime compensation.

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

5. Venue is proper in the Northern District of Texas because a substantial portion of the events forming the basis of the suit occurred in this District.

1

## III. THE PARTIES

6. Debbie Zumwalt is a resident of Dallas, Texas. Ms. Zumwalt's written consent to bring this action is attached as Exhibit "A."

9. RealPage, Inc. transacts business in this District at 4000 International Parkway, Suite 1000, Carrollton, Texas, 75007. This complaint may be served on Real Page, Inc., by its Registered Agent CT Corporation Systems at their Registered Office at 350 North St. Paul Street, Dallas, Texas, 75201.

10. M-PF Research, Inc. transacts business in this District at 4000 International Parkway, Suite 1000, Carrollton, Texas, 75007. This complaint may be served on M-PF Research, Inc. by its Registered Agent CT Corporation Systems at their Registered Office at 350 North St. Paul Street, Dallas, Texas, 75201.

11. Steven Gregory Willot is a resident of Texas and may be served at RealPage Inc., located at 4000 International Parkway, Suite 1000, Carrollton, Texas, 75007.

12. Joseph Wright Clements is a resident of Texas and may be served at RealPage Inc., located at 4000 International Parkway, Suite 1000, Carrollton, Texas, 75007.

## IV. COVERAGE

13. Defendants transact business in this District at 4000 International Parkway, Suite 1000, Carrollton, Texas, 75007

14. At all material times, Defendant RealPage, Inc. has been an employer within the meaning of § 3(d) of the FLSA. 29 U.S.C. § 203(d).

15. At all material times, Defendant M-PF Research, Inc. has been an employer within the meaning of § 3(d) of the FLSA. 29 U.S.C. § 203(d).

2

16. At all material times, Defendant Steven Gregory Willot has been an employer within the meaning of § 3(d) of the FLSA. 29 U.S.C. § 203(d).

17. At all material times, Defendant Joseph Wright Clements has been an employer within the meaning of § 3(d) of the FLSA. 29 U.S.C. § 203(d).

18. At all material times, Defendants have been an enterprise within the meaning of § 3(r) of the FLSA. 29 U.S.C. § 203(r).

19. At all material times, Defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of § 3(s)(1) of the FLSA because they have had employees engaged in commerce. 29 U.S.C. § 203(s)(1).

20. Defendants have had, and continue to have, an annual gross income of sales made or business done of not less than $500,000.

21. At all materials times, Plaintiff was an individual employee who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. § 206-207.

## V.   FACTUAL BACKGROUND

22. Defendants are headquartered in Carrollton, Texas, and have more than 15 years of experience in the multifamily industry. More than 20,000 apartment communities across the United States use Defendants' products and services, which are offered for affordable and conventional properties. As part of their business Defendants hired Ms. Zumwalt as an administrative assistant in their production department, where she has worked for over 10 years. She is an hourly paid, nonexempt employee who routinely worked over 40 hours in a workweek. During the three years preceding this lawsuit, Defendants refused to pay Ms. Zumwalt for overtime hours she worked.

## VII. CAUSES OF ACTION

23. Plaintiff incorporates all allegations contained in paragraphs 1 through 22.

24. Defendants' practice of failing to pay Plaintiff for all hours worked violates the FLSA. 29 U.S.C. § 207(a).

25. Plaintiff is entitled to recover her unpaid regular wages and overtime compensation.

26. Plaintiff is entitled to an amount equal to all her unpaid regular and overtime wages as liquidated damages. 29 U.S.C. § 216(b).

27. Additionally, Plaintiff is entitled to recover attorneys' fees and costs as required by the FLSA. 29 U.S.C. § 216(b).

## VIII. PRAYER

WHEREFORE, Plaintiff respectfully requests judgment be entered in her favor awarding her:

a. overtime compensation for all unpaid hours worked in excess of forty hours at the rate of one and one half times her regular rate of pay;

b. overtime compensation for all overtime hours worked that were paid at the wrong rate of pay;

c. compensation for all hours worked at a rate not less than the applicable minimum wage;

d. an equal amount as liquidated damages as allowed under the FLSA;

e. reasonable attorneys' fees, costs, and expenses of this action as provided by the FLSA;

f. pre-judgment and post judgment interest at the highest rates allowed by law; and

g. such other relief as to which Plaintiff may be entitled.

Respectfully submitted,

**RASANSKY LAW FIRM**

By: _____

   **Jeremi K. Young**
   State Bar No. 24013793
   **Jeffrey H. Rasansky**
   State Bar No. 16551150
   **Jessica M. Dean**
   State Bar No. 24040777

2525 McKinnon, Suite 725
Dallas, Texas 75201
214/651-6100
214/651-6150 Fax

**ATTORNEYS FOR PLAINTIFF**

5

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| | |
|---|---|
| **PLAINTIFFS**<br>Debbie Zumwalt | **DEFENDANTS**<br>RealPage, Inc., M-PF Research, Inc., Steven Gregory Willot, personally, and Joseph Wright Clements, personally. |
| (b) County of Residence of First Listed Plaintiff ___Dallas___<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant ___Dallas___<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)<br>Jeremi K. Young, Jessica M. Dean and Jeffrey H. Rasansky<br>Rasansky Law Firm; 2525 McKinnon, Dallas, TX 75201; 214 651-6100 | Attorneys (If Known)<br>3-05CV1744.-P |

Stamp: AUG 29 2005 CLERK, U.S DISTRICT COURT NORTHERN DISTRICT OF TEXAS Dallas

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: FLSA/Overtime violation

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ___ DOCKET NUMBER ___

DATE 8/29/05   SIGNATURE OF ATTORNEY OF RECORD: Jeremi K. Young by JMD

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG JUDGE ___